# United State District Court
# Eastern District of Wisconsin

Milan C. Stewart
    v.
Jessica Varelas, Issac Buhle, Kristin Jensen, Michelle Beloo

## A. Parties

1.) Plaintiff is a citizen of Wisconsin, and is located at GreenBay Correctional Institution, P.O Box 19033, GreenBay, WI 54307

2.) (1) Defendant Jessica Varelas is a correctional officer at GreenBay Correctional Institution (G.B.C.I). Officer can be located at 2833 Riverside Drive, GreenBay, WI 54307. Officer Varelas is being sued in her official and individual capacity.

- (2) Defendant Issac Buhle is a correctional officer at GreenBay Correctional Institution (G.B.C.I). Officer Buhle can be located at 2833 Riverside Drive, GreenBay, WI 54307. Officer Buhle is being sued in his official and individual capacity.

- (3) Defendant Kristin Jensen is a correctional officer at GreenBay Correctional Institution (G.B.C.I). Officer Jensen can be located at 2833 Riverside Drive, GreenBay, WI 54307. Officer Jensen is being sued in her official and individual capacity.

- (4) Defendant Michelle Beloo is a correctional sergeant at

GreenBay Correctional Institution. Officer Bebo can be located at 2833 Riverside Drive, GreenBay, WI 54307. Officer Bebo is being sued in her official and individual capacity.

---

B.) Statement of Claim

1.) My eighth amendment (cruel and unusual punishment which incorporate "Self-harm") was violated by "Jessica Varelas, Issac Buhle, Kristin Sensen, and Michelle Bebo" (Also Failure to Protect)

2.) On September 19, 2022, I informed officer Varelas and Sergeant Bebo, that I was planning on self-harming and that I would like to be placed on observation.

3.) My threats of self-harming was not taken serious, and the officers didn't respond appropriately.

4.) D.O.C #311.04 - mental health placement (1-5)

5.) I engaged in self-harm on my left upper forearm with a razor.

6.) During the time I was self-harming my cell door open because my cellmate had a visit. I poured out medication into my hand, filled my cup up and walked out the cell to where the officers were standing.

7.) I showed officer Varelas, officer Buhle, officer Sensen, and Sergeant Bebo a handful of medication (which was 26 pills).

8.) I took the 26 pills in front of the 4 officers, and walked away, and locked in my cell.

9.) I told officer Varelas and Sergeant Bobo that I was going to self-harm at 4:00pm, I took the medication in front of the 4 officers faces between 4:20pm-4:25pm.

10.) After I locked in my cell, officer Varelas was coming around ~~trooper~~ opening the food-port for trays to be picked up. I asked officer what they were going to do, because I took medication ~~pills~~ in you ~~guyses~~ guys face. Officer Varelas responded by saying "I don't know, It's not up to me", and she walked away from my cell door.

11.) I counted out 30 more medication pills, and at the time officer Jensen was walken towards the stairs to go up towards the cat-walk, so she can monitor individuals coming out to go to shower. I informed officer Jensen that I was still engaging in self-harm and that I was going to take another 30 pills. Officer Jensen responded by saying "Great". She came of the cat-walk and walked right pass my cell.

12.) I was housed in E#61 on the South cell hall at the time of this incident.

13.) I sat in my cell for an hour in a half after I took an overdose amount of medication.

14.) Around or a little after 6:00pm, my cell door open, and I came out my cell, and showed the officer on the cat-walk the 30 pills, and I took them in front of him.

15.) Captain Elsinger came down to E-tier to monitor the individuals coming out for shower. I told ~~all~~ Captain Elsinger, that I ~~engaged~~ in self-harm and that I took

56 pills.

16.) Captain Elsinger did not have any knowledge of me informing the officers that I was planning on self-harming or any knowledge that I engaged in self-harm, or took an overdose amount of medication.

17.) I was taken to HSU where I was evaluated and my cut on my upper left forearm was cleaned and bandage.

18.) Captain Elsinger informed me that he talked to Sergeant Bebo, and she told him that I told her, I took medication, and that she didn't see see me take medication.

19.) I informed Captain Elsinger to review the cameras on the south cell hall, between 4:20pm-4:25pm, by the cage. And he will see that I took medication in 4 officers faces. I was then taken to the ER.

20.) These 4 officer violated my eighth amendment right, and they also violated the D.O.C work rules #2, #3, #4, #6, #7, and #9.

C.) Jurisdiction

- (Yes) I am suing for a violation of federal law under 28 U.S.C §1331

D.) Relief wanted

1.) I am suing each defendant for $150,000 compensatory

damages. The defendants meticulously, knowingly, and recklessly disregarded my plea to be placed on observation, and didn't do anything when I took medication in front of them.

2.) I am suing the defendants for $10,000 in punitive damages. The defendants knowingly recklessly, and callously disregarded my threats to self-harm, and didn't care about my life or safety after I took medication in front of them. The defendants didn't follow proper protocols.

3.) I am also asking the court to relieve these officers from their job, as a correction officer. The defendants were negligent, and failed to respond appropriately to the situation. The defendants recklessly disregarded the risk to myself.

E.) Jury Demand

- (Yes) I want a jury to hear my case

- I declare under penalty of perjury that the foregoing is true and correct.

2/12/23
P.O Box 19033
Green Bay, WI 54307

Respectfully Submitted,
Miles Stewart
#643607

Request to proceed in District court without prepaying the full filing fee

(Yes) I do request that I be allowed to file the complaint without paying the filling fee. I have completeted a request to proceed in district court without prepaying the full filing fee form and have attached it to the complaint.